# ORIGINAL

## UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | WAIVER OF INDICTMENT |
| JOSEPH ADAMS, | : | No. 05 Cr. |
| Defendant. | : | 05 CRIM. 0143 (SCR) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

JOSEPH ADAMS, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 2113(a) and (d) and 2, and Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant - Joseph Adams

_____
Counsel for Defendant - Kevin Gilleece

Date:  White Plains, New York
       February 8, 2005

JOINT EXHIBIT