UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

    -against-　　　　　　　　　　　　　　　　　05　Cr　0143　(SCR) (GAY)

Joseph Adams


Stephen C. Robinson, U.S.D.J.


## ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On February 8, 2005, pursuant to Fed.R.Crim.P. 11, the Honorable George A. Yanthis, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED:

_Stephen C. Robinson_

Stephen C. Robinson, U.S.D.J.

Dated: March 24, 2005
       White Plains, N.Y.